IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN GRAY                    :     CIVIL ACTION
                              :
     v.                       :
                              :
A. CHARLES PERUTO, JR.        :     NO. 12-2427

## O R D E R

AND NOW, this 8th day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

FILED
MAY 08 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ENTERED
MAY -8 2012
CLERK OF COURT